# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON DELANEY, | : | |
| on behalf of himself and those similarly situtated, | : | |
| Plaintiffs | : | No. 4:16-cv-662 |
| v. | : | |
| | : | (Judge Kane) |
| FTS INTERNATIONAL SERVICES, LLC, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 20th day of January 2017, upon consideration of Defendant FTS International Services, LLC's ("FTS") Motion to Dismiss or Strike Collective Action Allegations or Alternatively Motion for Partial Summary Judgment (Doc. No. 12), and all relevant briefing, and for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendant FTS's motion (Doc. No. 12) is **GRANTED**. Plaintiff's individual claims may proceed, but the collective action and/or class allegations in Plaintiff's First Amended Complaint are **DISMISSED**. **IT IS FURTHER ORDERED THAT** Defendant FTS's earlier-filed Motion to Dismiss or Strike Collective Action Allegations or Alternatively Motion for Partial Summary Judgment (Doc. No. 8) is **DENIED** as moot.

   s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania